IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS –
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>LORD & TONA LLC, d/b/a USA MOBILE DRUG TESTING OF HOUSTON,<br><br>　　Defendant. | CIVIL ACTION NO. 4:16-cv-03034<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

NOW COMES Plaintiff, Christina Johnson, and Defendant, Lord & Tona LLC, d/b/a USA Mobile Drug Testing of Houston (hereinafter "the Parties"), by and through their undersigned attorneys, who hereby file this Joint Stipulation of Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Christina Johnson, as evidenced by the signature of her counsel below, DISMISSES WITH PREJUDICE all claims brought under Title VII against Defendant, Lord & Tona LLC, d/b/a USA Mobile Drug Testing of Houston. Further, Plaintiff, Christina Johnson, DISMISSES WITHOUT PREJUDICE all claims brought under the Fair Labor Standards Act.

This Stipulation of Dismissal under Rule 41(a)(1)(A)(ii) is proper since Defendant, Lord & Tona LLC, d/b/a USA Mobile Drug Testing of Houston, has timely filed and served its Answer in this matter. Additionally, pursuant to Rule 41(a)(1)(B), Plaintiff hereby expressly DISMISSES WITH PREJUDICE her claims under Title VII.

Accordingly, the Parties hereby request pursuant to Rule 41(a)(1)(A)(ii) that the Complaint be dismissed, with prejudice as to Plaintiff's Title VII claims and without prejudice as to Plaintiff's Fair Labor Standards Act claims.

Dated:   February 22, 2018

Respectfully submitted,

**SHELLIST | LAZARZ | SLOBIN LLP**

*/s/ Dorian Vandenberg-Rodes*
Todd Slobin
State Bar No. 24002953
tslobin@eeoc.net
Dorian Vandenberg-Rodes
State Bar No. 24088573
drodes@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
(713) 621-2277 (Tel)
(713) 621-0993 (Fax)

ATTORNEYS FOR PLAINTIFF

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
A Professional Corporation

*/s/ Karen D. Smith*
Karen D. Smith, Attorney in Charge
SBN: 00785001
Federal I.D. 15371
1301 McKinney Street, Suite 3700
Houston, TX 77010
Phone: (713) 650-9700
Facsimile: (713) 650-9701
kasmith@bakerdonelson.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that on the 22nd day of February, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all of the parties of record.

                                             */s/ Dorian Vandenberg-Rodes*
                                             Dorian Vandenberg-Rodes